UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.       Criminal No. 08-cr-167-01-JD

<u>Frank Blake</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              */s/ Joseph A. DiClerico, Jr.*
              Joseph A. DiClerico, Jr.
              United States District Judge

Date:  March 6, 2009


cc: Mark Howard, Esq.
   Donald Feith, Esq.
   U.S. Marshal
   U.S. Probation