UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                              Criminal No. 08-cr-167-01-JD

<u>Frank Blake</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.  Due to the apparent extensive discovery in this case, the continuance is granted until July 21, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    */s/Joseph A. DiClerico, Jr.*
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date:  May 11, 2009

cc:  Mark Howard, Esq.
     Donald Feith, Esq.
     U.S. Marshal
     U.S. Probation